IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| In re:<br>Theresa McGee,<br><br>*Debtor(s).* | Case No: 15-80420<br>Chapter: 13 |
|---|---|
| Theresa McGee,<br><br>*Plaintiff(s),*<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>*Defendant(s).* | AP No. 20-8015 |

## JOINT NOTICE OF STIPULATED DISMISSAL

**COME NOW** Plaintiff, Theresa McGee, and Defendant, Select Portfolio Servicing, Inc. (collectively, "Parties"), by and through each Party's respective counsel, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., as made applicable to this adversary proceeding by Rule 7041, Fed. R. Bankr. P., and jointly stipulate to the dismissal, *with prejudice*, of all claims by and between the Parties hereto, with all costs, expenses and fees taxed as paid by the Parties.

The undersigned counsel represents that he has the express consent and permission of Amanda M. Beckett, Esq. Counsel for Defendant, Select Portfolio Servicing, Inc., to affix her electronic signature hereon, and that the Parties have agreed to the terms of this notice.

1

**WHEREFORE**, the premises considered, the Parties respectfully request that this Honorable Court or the Clerk of this Honorable Court enter an Acknowledgment of this Joint Notice of Stipulated Dismissal with Prejudice.

**RESPECTFULLY SUBMITTED** on March 15, 2021.

*s/Anthony Brian Bush*
Anthony Brian Bush, Esq.

*s/Amanda M. Beckett*
Amanda M. Beckett, Esq.

| | |
|---|---|
| **OF COUNSEL:** | **OF COUNSEL:** |
| Anthony B. Bush, Esq. | Amanda M. Beckett, Esq. |
| Counsel for Plaintiff | Counsel for Defendant |
| The Bush Law Firm, LLC | RUBIN LUBLIN, LLC |
| 3198 Parliament Circle 302 | 428 North Lamar Blvd., Suite 107 |
| Montgomery, Alabama 36116 | Oxford, MS 38655 |
| Phone: (334) 263-7733 | (205) 306-1953 (Telephone) |
| Facsimile: (334) 832-4390 | (404) 921-9016 (Facsimile) |
| Email: anthonybbush@yahoo.com | abeckett@rubinlublin.com |
| abush@bushlegalfirm.com | |

## CERTIFICATE OF SERVICE

I hereby certify that, on March 15, 2021, I served a true and correct copy of the foregoing document as follows:

By CM/ECF:
    All Parties of Record.

By fax or email:

By first class mail, postage prepaid and properly addressed:

*s/Anthony Brian Bush*
Of Counsel